**Edward Johnson, OSB #965737**
ejohnson@oregonlawcenter.org
OREGON LAW CENTER
522 SW Fifth Avenue, Suite 812
Portland, OR 97204
Phone: (503) 473-8310
Fax: (503) 295-0676

**Brett E. Landis, OSB # 074793**
brett.landis@lasoregon.org
LEGAL AID SERVICES OF OREGON
832 Klamath Ave
Klamath Falls, OR, 97601
Phone:  (541) 273-8872

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MARIA BROWN,<br>OSCAR HERNANDEZ, and<br>BRITANI JOHNSTON, | Case No. 1:14-cv-1739-PA |
| Plaintiffs, | |
| v. | DECLARATION OF GIDEON ANDERS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| THOMAS VILSACK, Secretary of the Department of Agriculture;<br>DOUGLAS O'BRIEN, Acting Undersecretary for Rural Development;<br>TONY HERNANDEZ, Administrator Rural Housing Service; and<br>VICKI L. WALKER, Oregon Rural Development State Director, | |
| Defendants. | |

I, Gideon Anders, declare as follows:

Page 1 – DECLARATION OF GIDEON ANDERS

1.      I am a Senior Attorney at the National Housing Law Project (NHLP), a California

based nonprofit organization that assists lawyers and other organizations throughout

the United States in advancing the rights and interests of low-income tenants and

homeowners.  My specialty area is the single and multi-family housing programs of

the Rural Housing Service (RHS).

2.      In the last month I have had one phone call and several e-mail exchanges with

Patricia Fawver, the daughter of Lois Fenner, who is authorized to act on behalf of

the Fenner-Sagene Partnership.  In one of these exchanges I forwarded Ms. Fawver a

copy of the Amended Complaint filed by the Plaintiffs in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of January, 2015.

/s/ Gideon Anders
_____
Gideon Anders

Page 2 – DECLARATION OF GIDEON ANDERS

Oregon Law Center
522 SW Fifth Ave., Suite 812
Portland, OR, 97204
Phone:  (503) 473-8310