IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MARIA BROWN; OSCAR HERNADEZ; BRITANI JOHNSTON,

        Plaintiffs,

  v.

THOMAS VILSACK, Secretary of the Department of Agriculture; DOUGLAS O'BRIEN, Acting Undersecretary for Rural Development; TONY HERNANDEZ, Administrator, Rural Housing Service; VICKI L. WALKER, Oregon Rural Development State Director,

        Defendants.

Case No.1:14-cv-1739-MC

JUDGMENT

_____

MCSHANE, Judge:

    Based on the record, this case is dismissed without prejudice and without award of fees and costs to either party.

    IT IS SO ORDERED.

    DATED this 24th day of June, 2015.

                                _____/s/ Michael J. McShane_____
                                          Michael McShane
                                        United States District Judge